L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORRAINE HOLLAND, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. **5:15-cv-01278-TJH-JCx**<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br> **[JS-6]** |

The Court has reviewed the Stipulation of Plaintiff, LORRAINE HOLLAND, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**

DATED: November 10, 2015  _____
 Hon. Terry J. Hatter, Jr.,
 UNITED STATES DISTRICT JUDGE